UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL CAIN AND
EMILY CAIN,

        Plaintiffs,

v.    DOCKET NO.: 21-cv-12100-RWZ

SUNRISE ASSITED LIVING
MANGEMENT, INC. AND SUNRISE
SENIOR LIVING MANAGEMENT, INC.

        Defendants.

**DEFENDANT SUNRISE SENIOR LIVING MANAGEMENT, INC. F/K/A SUNRISE ASSISTED LIVING MANAGEMENT, INC.'S ASSENTED TO MOTION TO EXTEND DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. 6 (b) (1) (A), the defendant in the above-captioned matter, Sunrise Senior Living Management, Inc. f/k/a Sunrise Assisted Living Management, Inc., hereby moves for an extension of thirty (30) days to file an Answer to the Amended Complaint of Plaintiffs Michael and Emily Cain. As grounds therefore, the defendant states that the parties are engaged in settlement discussions and are attempting to resolve the case through settlement.  The defendant asks that the answer to the amended complaint by due on or before May 11, 2022.

Plaintiffs assent to this motion.

WHEREFORE, the defendant Sunrise Senior Living Management, Inc. f/k/a Sunrise Assisted Living Management, Inc. respectfully requests that this Honorable Court grant the defendant an extension to May 11, 2022 to file an answer to the amended complaint.

.

101011758

DEFENDANT,

SUNRISE SENIOR LIVING MANGEMENT, INC. F/K/A SUNRISE ASSISTED LIVING MANAGEMNET, INC.

By Its Attorneys,

/s/ Joseph M. Fogarty
Joseph M. Desmond, BBO #634883
jdesmond@morrisonmahoney.com
Joseph M. Fogarty, BBO #690476
jfogarty@morrisonmahoney.com
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I, Joseph M. Fogarty, counsel for the Defendants, hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2022.

Christopher N. Hug, Esq.
BBO #546960
The Law Office of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 0400
(617) 227-0400
Hug873@msn.com

Dated:   April 11, 2022          Attorney:   /s/ Joseph M. Fogarty
                                             Joseph M. Fogarty