UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL CAIN AND
EMILY CAIN,

      Plaintiffs,

v.                                                                            DOCKET NO.: 21-cv-12100-RWZ

SUNRISE ASSITED LIVING
MANGEMENT, INC. AND SUNRISE
SENIOR LIVING MANAGEMENT, INC.

      Defendants.

## NOTICE OF SETTLEMENT

NOW COME the Parties and notify the court that this action has been settled. The Parties request a 90 day nisi order of dismissal, so as to have 90 days to file a stipulation of dismissal with prejudice.

101082315

DEFENDANT,

SUNRISE SENIOR LIVING MANGEMENT, INC. F/K/A SUNRISE ASSISTED LIVING MANAGEMNET, INC.

By Its Attorneys,

/s/ Joseph M. Fogarty
Joseph M. Desmond, BBO #634883
jdesmond@morrisonmahoney.com
Joseph M. Fogarty, BBO #690476
jfogarty@morrisonmahoney.com
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

PLAINTIFF

MICHAEL CAIN AND EMILY CAIN :

*/s/Christopher N. Hug*

_____
Christopher N. Hug, Esq.
BBO #546960
The Law Office of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 0400
Hug873@msn.com

Date: May 13, 2022

101082315

**CERTIFICATE OF SERVICE**

      I, Joseph M. Fogarty, counsel for the Defendants, hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2022.

Christopher N. Hug, Esq.
BBO #546960
The Law Office of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 0400
(617) 227-0400
Hug873@msn.com

Dated:   May 13, 2022                 Attorney:   /s/ Joseph M. Fogarty
                                                                                            Joseph M. Fogarty