UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL CAIN AND
EMILY CAIN,

       Plaintiffs,

v.

SUNRISE ASSITED LIVING
MANGEMENT, INC. AND SUNRISE
SENIOR LIVING MANAGEMENT, INC.

       Defendants.

DOCKET NO.: 21-cv-12100-RWZ

## STIPULATION OF DISMISSAL

The Parties hereby stipulate that all claims in this action shall be dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii).

101347976

DEFENDANT,

SUNRISE SENIOR LIVING MANGEMENT, INC. F/K/A SUNRISE ASSISTED LIVING MANAGEMNET, INC.

By Its Attorneys,

/s/ Joseph M. Fogarty
Joseph M. Desmond, BBO #634883
jdesmond@morrisonmahoney.com
Joseph M. Fogarty, BBO #690476
jfogarty@morrisonmahoney.com
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

PLAINTIFF

MICHAEL CAIN AND EMILY CAIN :

/s/ Christopher N. Hug
Christopher N. Hug, Esq.
BBO #546960
The Law Office of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 0400
Hug873@msn.com

Date: 8/11/2022

3

## CERTIFICATE OF SERVICE

I, Joseph M. Fogarty, counsel for the Defendants, hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on

Christopher N. Hug, Esq.
BBO #546960
The Law Office of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 0400
(617) 227-0400
Hug873@msn.com

Dated:   8/11/2022                    Attorney:  /s/ Joseph M. Fogarty
\                                                Joseph M. Fogarty

101347976